Magistrate Judge

Linda R. Anderson

April 27, 2013

Filed

MAY 0 8 2013

U.S. Magistrate J...



I am writing to object to my Lawyer Mr. Louis Watson & Mr. Norris withdrawing from my case 3:12–cv-00388-CWR-LRA for the following reasons.

1. I do not want him to do anything my way as I do not know the laws.
2. I have only offered things that I felt would help my case, like both the state of S.C. and the state of Mississippi Unemployment Offices has ruled I was let go for no cause.
3. I was told by Mr. Watson a few months back that they offered $2,000 in which he wanted $900 of. I told him that was not a fair offer.
4. On or about April 23, 2013 Mr. Watson told me he had asked for $5,000 but that the company would not pay so he was putting in a motion to withdraw.
5. I want my lawyers help and I feel like he did at first, that this is a good case, so I need his help to see this in court.

So I respectfully ask you to reconsider the motion to withdraw on case # 3:12 cv-00388-CWR-LRA as I am not a lawyer and feel that my lawyer is only withdrawing due to the money not the right of the law. Thank you for your time in this matter and I look forward to your reply. May God Bless and keep you safe.

Sincerely

Arthur Lewis Roll

4469 Union Hwy

Gaffney S.C. 29340

GREENVILLE SC 296
27 APR 2013 PM 4 L

Arthur Lewis Roll
4469 Union Hwy
Gaffney, S.C.
29346

Chambers of
The Honorable Linda R. Anderson
U.S. District Court
Southern District of Mississippi
501 E. Court Street
Suite 6.150
Jackson, Mississippi 39201